IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:23CR344-1
:
AYONNA TENA MARSHALL :

The Grand Jury charges:

COUNT ONE

On or about April 8, 2023, in the County of Montgomery, in the Middle District of North Carolina, AYONNA TENA MARSHALL knowingly made a false statement and representation to Southern Variety Guns and Ammo #2, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Southern Variety Guns and Ammo #2, in that AYONNA TENA MARSHALL, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she represented that she lived at 615 Brooks Street, Biscoe, North Carolina on the form, whereas, in truth and in fact, she well knew that she did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT TWO

On or about April 20, 2023, in the County of Hoke, in the Middle District of North Carolina, AYONNA TENA MARSHALL knowingly made a false statement and representation to Raeford Guns, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Raeford Guns, in that AYONNA TENA MARSHALL, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she represented that she lived at 615 Brooks Street, Biscoe, North Carolina on the form, whereas, in truth and in fact, she well knew that she did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT THREE

On or about April 21, 2023, in the County of Montgomery, in the Middle District of North Carolina, AYONNA TENA MARSHALL knowingly made a false statement and representation to Southern Variety Guns and Ammo #2, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Southern Variety

2

Guns and Ammo #2, in that AYONNA TENA MARSHALL, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she represented that she lived at 615 Brooks Street, Biscoe, North Carolina on the form, whereas, in truth and in fact, she well knew that she did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT FOUR

On or about May 19, 2023, in the County of Montgomery, in the Middle District of North Carolina, AYONNA TENA MARSHALL knowingly made a false statement and representation to Southern Variety Guns and Ammo #2, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Southern Variety Guns and Ammo #2, in that AYONNA TENA MARSHALL, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she represented that she lived at 615 Brooks Street, Biscoe, North Carolina on the form, whereas, in truth and in fact, she well knew that she did not live at that

address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT FIVE

On or about June 1, 2023, in the County of Montgomery, in the Middle District of North Carolina, AYONNA TENA MARSHALL knowingly made a false statement and representation to Southern Variety Guns and Ammo #2, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Southern Variety Guns and Ammo #2, in that AYONNA TENA MARSHALL, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she represented that she lived at 615 Brooks Street, Biscoe, North Carolina on the form, whereas, in truth and in fact, she well knew that she did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT SIX

On or about June 6, 2023, in the County of Hoke, in the Middle District of North Carolina, AYONNA TENA MARSHALL knowingly made a false statement and representation to Raeford Guns, a person licensed under the

4

provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Raeford Guns, in that AYONNA TENA MARSHALL, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she represented that she lived at 615 Brooks Street, Biscoe, North Carolina on the form, whereas, in truth and in fact, she well knew that she did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT SEVEN

On or about June 6, 2023, in the County of Montgomery, in the Middle District of North Carolina, AYONNA TENA MARSHALL knowingly made a false statement and representation to Southern Variety Guns and Ammo #2, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Southern Variety Guns and Ammo #2, in that AYONNA TENA MARSHALL, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she represented that she lived at 615 Brooks Street, Biscoe, North Carolina on the form,

whereas, in truth and in fact, she well knew that she did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

COUNT EIGHT

On or about June 11, 2023, in the County of Randolph, in the Middle District of North Carolina, AYONNA TENA MARSHALL knowingly made a false statement and representation to Dunham's Sports #9212, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Dunham's Sports #9212, in that AYONNA TENA MARSHALL, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she represented that she lived at 615 Brooks Street, Biscoe, North Carolina on the form, whereas, in truth and in fact, she well knew that she did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

COUNT NINE

On or about June 12, 2023, in the County of Randolph, in the Middle District of North Carolina, AYONNA TENA MARSHALL knowingly made a false statement and representation to Dunham's Sports #9212, a person

licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Dunham's Sports #9212, in that AYONNA TENA MARSHALL, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she represented that she lived at 615 Brooks Street, Biscoe, North Carolina on the form, whereas, in truth and in fact, she well knew that she did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT TEN

On or about August 5, 2023, in the County of Hoke, in the Middle District of North Carolina, AYONNA TENA MARSHALL knowingly made a false statement and representation to Raeford Hardware, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Raeford Hardware, in that AYONNA TENA MARSHALL, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she represented that she lived at 615 Brooks Street, Biscoe, North Carolina on the form, whereas, in truth and in fact, she well knew that she did

not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

DATED: October 30, 2023

SANDRA J. HAIRSTON
United States Attorney

BY: CRAIG M. PRINCIPE
Assistant United States Attorney

A TRUE BILL:

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON